McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-po-00168-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS HEARING |
| v. | DATE: September 19, 2019 |
| LOUIS LAPORTE, | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Amended Motion to Dismiss Case Number 2:19-po-00168-CKD without prejudice is GRANTED.

It is further ordered that the status conference on September 19, 2019, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE